1PIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-295-RGA |
| AT&T MOBILITY LLC, | ) ) ) | |
| Defendant. | ) ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 16-296-RGA |
| SPRINT CORPORATION, AND SPRINT SPECTURM L.P., | ) ) ) ) | |
| Defendants. | ) ) | |
| NETWORK MANAGING SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 16-297-RGA |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 16-298-RGA ) ) ) ) ) ) ) |
| NETWORK MANAGING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 16-299-RGA ) ) ) ) ) ) ) |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiff Network Managing Solutions, LLC and Defendants AT&T Mobility LLC, Sprint Corporation, Sprint Spectrum L.P., T-Mobile USA, Inc., United States Cellular Corporation, and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants"), subject to approval of the Court, that the time for the Defendants to submit their opposition brief to Network Managing Solutions, LLC's Motion for Leave to File Amended Complaint (D.I. 131 in 16-295-RGA) is extended from May 30, 2018 until June 13, 2018.

1

| | |
|---|---|
| FARNAN LLP | GREENBERG TRAURIG, LLP |
| | |
| */s/ Michael J. Farnan* | */s/ Benjamin J. Schladweiler* |
| Brian E. Farnan (No. 4089) | Benjamin J. Schladweiler (No. 4601) |
| Michael J. Farnan (No. 5165) | The Nemours Building |
| 919 N. Market Street, 12th Floor | 1007 North Orange Street |
| Wilmington, DE 19801 | Suite 1200 |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 661-7000 |
| mfarnan@farnanlaw.com | schladweilerb@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants T-Mobile USA, Inc. and* |
| *Network Managing Solutions, LLC* | *Cellco Partnership d/b/a Verizon Wireless* |
| | |
| SHAW KELLER LLP | POLSINELLI PC |
| | |
| */s/ Andrew E. Russell* | */s/ Shanti M. Katona* |
| John W. Shaw (No. 3362) | Shanti M. Katona (No. 5352) |
| Jeffrey T. Castellano (No. 4837) | 222 Delaware Avenue, Suite 1101 |
| Andrew E. Russell (No. 5382) | Wilmington, DE 19801 |
| I.M. Pei Building | (302) 252-0924 |
| 1105 N. Market Street, 12th Floor | skatona@polsinelli.com |
| Wilmington, DE 19801 | *Counsel for Defendants* |
| (302) 298-0700 | *Sprint Corporation and Sprint Spectrum L.P.* |
| jshaw@shawkeller.com | |
| jcastellano@shawkeller.com | |
| arussell@shawkeller.com | |
| *Counsel for Plaintiff AT&T Mobility LLC* | |

RICHARDS, LAYTON & FINGER, P.A

*/s/ Steven J. Fineman*
Steven J. Fineman (No. 4025)
Katharine L. Mowery (No. 5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
mowery@rlf.com
*Counsel for Defendant*
*United States Cellular Corporation*

Dated: May 25, 2018

2

3

**SO ORDERED**, this _____ day of _____, 2018.

_____
The Honorable Richard G. Andrews
United States District Judge