**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NETWORK MANAGING SOLUTIONS, LLC | § § § | |
| *Plaintiff*, | § § | C.A. No.: 16-298-RGA |
| v. | § § | |
| UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR, | § § § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § | |

## **STIPULATION OF DISMISSAL**

Plaintiff, Network Managing Solutions, LLC, and Defendant, United States Cellular Corporation, hereby agree, pursuant to Fed. R. Civ. P. 41 and subject to the approval of the Court, to dismiss all of Plaintiff's claims in this action with prejudice. In addition, all of Defendant's defenses in this action shall be preserved without prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| **Dated: August 1, 2018** | Respectfully submitted, |
| FARNAN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Michael J. Farnan* | */s/ Steven J. Fineman* |
| Brian E. Farnan (Bar No. 4089) | Steven J. Fineman (No. 4025) |
| Michael J. Farnan (Bar No. 5165) | Katharine L. Mowery (No. 5629) |
| 919 North Market Street, 12th Floor | Tyler E. Cragg (No. 6398) |
| Wilmington, DE 19801 | One Rodney Square |
| 302-777-0300 Telephone | 920 North King Street |
| 302-777-0301 Facsimile | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 651-7700 |
| mfarnan@farnanlaw.com | fineman@rlf.com |
| | mowery@rlf.com |
| Edward R. Nelson III (admitted *pro hac vice*) | cragg@rlf.com |
| Brent N. Bumgardner (admitted *pro hac vice*) | |
| Barry J. Bumgardner (admitted *pro hac vice*) | Douglas I. Lewis |

| | |
|---|---|
| Eric M. Albritton (*admitted pro hac vice*) | Paul E. Veith |
| John P. Murphy (admitted *pro hac vice*) | SIDLEY AUSTIN LLP |
| NELSON BUMGARDNER ALBRITTON P.C. | One South Dearborn |
| 3131 West 7th Street, Suite 300 | Chicago, IL 60603 |
| Fort Worth, Texas 76107 | dilewis@sidley.com |
| Phone: (817) 377-9111 | pveith@sidley.com |
| Fax: (817) 377-3485 | |
| ed@nbafirm.com | John P. Wisse |
| brent@nbafirm.com | SIDLEY AUSTIN LLP |
| barry@nbafirm.com | 2021 McKinney Avenue |
| ema@nbafirm.com | Suite 2000 |
| murphy@nbafirm.com | Dallas, TX 75201 |
| | jwisse@sidley.com |
| **ATTORNEYS FOR PLAINTIFF NETWORK MANAGING SOLUTIONS, LLC** | **ATTORNEYS FOR DEFENDANT UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR** |

IT IS SO ORDERED this ___ day of August, 2018.

_____
The Honorable Richard G. Andrews